```
                                                              FILED ____ LODGED
                                                          ____ RECEIVED ____ COPY

                                                               DEC 2 3 2019

                                                          CLERK U S DISTRICT COURT
                                                            DISTRICT OF ARIZONA
                                                          BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

1070 S. Agnes Lane
Gilbert, AZ 85296
(630) 706-1908

| | |
|---|---|
| Dalonno Johnson, <br><br> Plaintiff, <br><br> vs. <br><br> Union Pacific Railroad Company, a Delaware corporation, <br><br> Defendant. | No. CV17-04803-PHX-SPL <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Dalonno Johnson, Plaintiff in the above named case, hereby gives notice that he is appealing the Order dismissing the case with prejudice for want of prosecution entered by said trial court on the 27th day of November 2019 the with to the United States Court of Appeals for the 9th Circuit.

SUBMITTED this 23rd day of December 2019.

By: _____

Dalonno Johnson
1070 South Agnes Lane
Gilbert, AZ 85296
Plaintiff *pro per*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2019, the foregoing was filed with the Clerk of the Court in person, and that on said date I also emailed and mailed a paper copy of the foregoing to the following:

>BEAUGUREAU, HANCOCK,
>STOLL & SCHWARTZ, P.C.
>W. Reed Campbell
>Anthony J. Hancock
>W. Reed Campbell
>302 East Coronado Road
>Phoenix, Arizona 85004
>Attorneys for Defendant Union
>Pacific Railroad Company

_____
Dalonno Johnson

Dalonno C. Johnson
1070 S. Agnes Lane
Gilbert, AZ 85296
(630) 706-1908

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: U.S. District Court for the District of Arizona

U.S. District Court case number: CV17-04803-PHX-SPL

Date case was first filed in U.S. District Court: June 29, 2018

Date of judgment or order you are appealing: November 27, 2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☐ Yes   ☐ No   ☒ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Dalonno Johnson

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

1070 S. Agnes Lane

City: Gilbert    State: AZ    Zip Code: 85296

Prisoner Inmate or A Number (if applicable):

**Signature** *Dalon C. Johnson*   Date 12-23-2019

*Feedback or questions about this form? Email us at*

Form 1                                                       Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Dalonno Johnson

Name(s) of counsel (if any):

Address: 1070 S. Agnes Lane. Gilbert, AZ 85296

Telephone number(s): (630) 706-1908

Email(s): dalonno@aol.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Union Pacific Railroad Company, a Delaware Coroporation

Name(s) of counsel (if any):

W. Reed Campbell

Address: 302 East Coronado Road Phoenix, Arizona 85004

Telephone number(s): (602)956-4438

Email(s): wrcampbell@bhsslaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at*

Form 6                           *1*                          *New 12/01/2018*